NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAURA A. HUNT,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3001

---

Petition for review of the Merit Systems Protection Board in case no. CH0831090791-C-1.

---

## ON MOTION

---

## ORDER

We treat Laura A. Hunt's correspondence, received on December 21, 2010, as a motion for Hunt to file her informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The informal brief is accepted for filing. The respondent should calculate its brief due date from the date of filing of this order.

FOR THE COURT

<u>APR 0 5 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Laura A. Hunt
     Calvin Morrow, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 05 2011

JAN HORBALY
CLERK